AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of New York

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| **v.** | ) | |
| | ) | Case No.    5:26-MJ-180 (ML) |
| **THERON FEIDT** | ) | |
| | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.  On

or about the date of August 10, 2026 in the county of Onondaga in the Northern District of New York the

defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| **Title 18, United States Code, Section 2252A(a)(5)(B)** | **Possession of Child Pornography** |

This criminal complaint is based on these facts:
**See Attached Affidavit**

☒      Continued on the attached sheet.

_____
*Complainant's signature*

**Martin Baranski, Special Agent, FBI**
_____
*Printed name and title*

Attested to by the affiant in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

Date:      August 10, 2026
_____
*Judge's signature*

City and State:    **Binghamton, New York**      **Hon. Miroslav Lovric, U.S. Magistrate Judge**
_____
*Printed name and title*

**AFFIDAVIT IN SUPPORT**
**OF A CRIMINAL COMPLAINT**

I, Martin Baranski, being first duly sworn, hereby depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1.      I make this affidavit in support of a criminal complaint charging Theron FEIDT ("FEIDT") with violating 18 U.S.C. § 2252A(a)(5)(B) (Possession of Child Pornography) (the "Subject Offense"), as more fully described below.

2.      I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been since May 2018.  I have conducted and participated in numerous investigations of criminal activity, including but not limited to criminal violations relating to the sexual exploitation of minors and the possession, receipt and distribution of child pornography, in violation of 18 U.S.C. §§ 2251 and 2252A. During the investigation of these cases, I participated in the execution of search warrants and seized evidence of these violations, including electronic evidence.  I have also served as the affiant for such search warrants on numerous occasions. In addition, I have received formal training in investigations of child pornography and child exploitation offenses.

3.      The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. Because this affidavit is being submitted for the limited purpose of obtaining a criminal complaint, I have not included every fact known to me concerning this investigation. Rather, I have set forth only those facts that I believe are necessary to establish probable cause to believe that FEIDT has committed the Subject Offense.

**PROBABLE CAUSE**

**A.  Background of Investigation**

1.      On or about June 9, 2026, Block, Inc. Investigations reported CyberTip (CT) 245382963 to the National Center for Missing and Exploited Children (NCMEC) that one of Block's users appears to have used a Cash App account to purchase access to a site on the dark web containing child sexual abuse material (CSAM). Information, to include the following, was provided by Cash App:

> Name: Theron Feidt
> Address: 4031 UNDERBRUSH TR, LIVERPOOL, NY 13090 US
> Phone: XXX-XXX-5261
> Date of Birth: XX-XX-1971
> Email Address: XXXXXX@msn.com
> Screen/User Name: TheronFeidt
> ESP User ID: C_0sehwayjf

2.      On or about July 28, 2026, the FBI Albany, NY Division received supporting documentation from Block, Inc. relative to its report. The supporting documentation included the following:

> Name: THERON CLIFFORD FEIDT
> Date of Birth: XX/XX/1971
> Address: 4031 Underbrush Trail, Liverpool, NY 13090
> Address: 8075 Oswego Road, Suite 8, Liverpool, NY 13090
> Email: XXXXXX@msn.com
> Phone Number: XXX-XXX-5261

**B. Know Your Customer ("KYC") Photos Match FEIDT's New York Driver's License**

3.      On or about August 7, 2026, I conducted a cursory review of the Support ("Why do I need to verify my identity?") section of Cash App's website. According to the website:

"To help keep Cash App safe, you are required to verify your identity to access certain products and features such as:

- Sending or receiving more than $1,000 over a 30-day rolling period
- Sending or receiving more than $1,500 total
- Ordering a Cash App Card
- Buying bitcoin or stocks

- Sponsoring someone ages 13-17
- Connecting your accounts

As part of the identity verification process we'll ask you to provide your:

- Legal name
- Date of birth
- Last 4 digits of your SSN or ITIN

In some cases, Cash App may also request your full SSN/ITIN, residential address, unexpired government-issued photo ID, and/or income verification or source of funds."

4.      Cash App provided the FBI with the KYC photos (i.e., a "selfie" and photos of a New York Driver's license for Theron FEIDT) that appears to be what FEIDT submitted to create his Cash App account.

     a.  According to FEIDT's New York Driver's License in the KYC photo, FEIDT's address is 4031 Underbrush Trail, Liverpool, NY 13090. According to an Accurint database search, 4031 Underbrush Trail, Liverpool, NY 13090 is an address associated with FEIDT.

5.      On or about August 7, 2026, I received and reviewed database search returns for FEIDT, which included FEIDT's current New York Driver's License photo. Based on my review of FEIDT's current driver's license photo, I believe the male in the "selfie" provided by Cash App to be FEIDT.

**C. Bitcoin Transaction Indicating FEIDT Likely Purchased CSAM**

6.      Based on Block's reporting of FEIDT's Cash App account, Blockchain analysis of FEIDT's activities discovered on 03/01/2026, FEIDT conducted one bitcoin withdrawal totaling $140.07, which was for the benefit of wallet address

bc1q5xkj2lagkpwq0pkzh2r4xp4f3qlrfmswvns7gy ("Address 1"). Address 1 is contained in a wallet with other Bitcoin addresses.[1]

7.        Utilizing third-party vendors Chainalysis and TRM Labs, information was found to suggest the withdrawal to wallet Address 1 was conducted for the purpose of purchasing CSAM. Immediately after wallet Address 1 received approximately \$140.00 from FEIDT, the wallet transferred approximately \$86.00 to wallet address 3GjMJrVzCG1KmPnCDePjTCV3rhHTcm2psF ("Address 2"), with the remainder being sent back to wallet Address 1 as a change address. These were the only transfers conducted by wallet Address 1, which provides a reasonable likelihood that this wallet belongs to FEIDT.

8.        Wallet Address 2 was identified to be associated with a CSAM Chainalysis wallet co-spend cluster 1HWenGuxa6i8kCummGSNqNb7YTYfPSBoea, which was linked to "Dark Website 1", and co-spend cluster 14n2Aui39dn6LdKmMnLV5uRgkz2o4ViHKh, which was linked to "Dark Website 2". FEIDT accessed IP address 45.47.59.99 on 03/01/2026 to conduct the bitcoin withdrawal. On August 7, 2026, the FBI Albany, NY Division received subscriber

---

[1] It is common for Bitcoin wallets to contain many addresses similar to it being common for a person's traditional wallet to contain many individual dollar bills. The most common way to identify the addresses in a Bitcoin wallet is through co-spending analysis. Co-spending occurs when a user spends at least two different previous outputs of Bitcoin. For example, a customer who walks into a grocery store with only two items in their pocket: two \$20 bills. They wish to buy \$40 worth of groceries. At checkout the customer hands the cashier both \$20 bills. The act of handing over the two bills is co-spending since the same owner spent at least two pieces of value. Bitcoin transactions can contain multiple inputs and outputs. When Bitcoin is sent, the public keys must have private keys signing the transaction. When a Bitcoin transaction contains multiple input addresses this means the same entity controls the addresses on the input side of the transaction since the private keys must be held in order to sign the transaction. This is the most common way to attribute addresses being contained in the same cryptocurrency wallet.

information from Charter Communications for the IP address that listed the subscriber as Theron

FEIDT and residing at the Subject Premises.





9.      On or about August 6, 2026, an FBI Online Covert Employee ("OCE"), used the Tor browser and accessed the Tor hidden service Dark Website 1. On the landing page of Dark Website 1 was an approximately 1 minute 12 second video. The video was a montage of what appeared to be underage females. Specifically, the video montage included:

    a.   An approximately 10-year-old prepubescent white female from behind wearing a pink shirt and red shorts pulled down. The female was spanking and spreading her butt cheeks with the lewd and lascivious display of her vagina.

    b.   An approximately 10-year-old prepubescent white female wearing a white shirt performing oral sex on an adult male. Different portions of this video scene are cut in through the entire 1 minute 12 second video montage.

    c.   Note that some females were included in the video whose ages were difficult to determine.

10.     The OCE also confirmed that Dark Website 1 required a bitcoin payment to access the entire site.

11.     On the same date, the OCE used the Tor browser and accessed the Tor hidden service Dark Website 2. On the landing page of Dark Website 2 was an approximately 1 minute 29 second video. The video appeared to walk through the process to obtain a membership for the site, which includes three-tiers of access (e.g. "Basic", "Advanced", and "VIP") in exchange for different amounts of bitcoin. The video shows what is included on Dark Website 2 after paying for access, which includes "TEENS", "PRETEENS", "HARDCORE", "ZOO", and "STARS", with thumbnails of example videos hosted in each section.

6

12.    Also on the landing page of Dark Website 2 was an approximately 1 minute and 28 second video montage of various CSAM videos spliced together. Specifically, the video montage included:

a.   An approximately 6-year-old fully nude prepubescent Asian female being vaginally and orally penetrated by two adult males.

b.   An approximately 6-year-old prepubescent white female wearing a pink/orange shirt performing oral sex on the penis of an adult male.

### D.  Search Warrant and Interview

13.    On August 9, 2026, your affiant obtained a search warrant for the person of FEIDT, his residence in Liverpool, NY, his business of Impact Martial Arts & Fitness – Team Feidt, and his vehicles from the Honorable Miroslav Lovric, United States Magistrate Judge in the Northern District of New York. On August 10, 2026, your affiant and Task Force Officer (TFO) Zach Morgan (collectively, the interviewing Agents) traveled to FEIDT's business (i.e. Impact Martial Arts & Fitness – Team Feidt) in the Clay Commons plaza in Liverpool, NY. The interviewing Agents traveled to the back of the business and saw FEIDT's vehicle parked at the back. The back door of the business was open, and the interviewing Agents knocked on the open door and saw FEIDT working in his office. FEIDT invited the interviewing Agents into his office to speak further. The interviewing Agents were dressed in business casual clothing.

14.    In sum and substance, FEIDT admitted that he had used bitcoin on multiple financial mobile applications to pay for access to Dark Website 2. FEIDT confirmed that he has had access to Dark Website 2 for many months. FEIDT advised that he routinely accessed Dark Website 2 on an iPad that was at his residence. FEIDT agreed to travel with the interviewing

Agents to the Syracuse, NY FBI office to continue the interview, where he was advised of his *Miranda* rights, which he waived before being questioned further. FEIDT reiterated his prior statements regarding Dark Website 2. FEIDT eventually requested a lawyer.

15.    The FBI and New York State Police search team at FEIDT's residence located an Apple iPad tablet that was charging on top of a bed in FEIDT's bedroom. The iPad was brought to the Syracuse, NY office by a member of the search team and provided to the interviewing Agents. The interviewing Agents told FEIDT that the search warrant included biometric access to the device and requested that FEIDT press his thumb on the iPad to open it as authorized by the search warrant. FEIDT asked to review the warrant, which the interviewing Agents provided to FEIDT and FEIDT read it for several minutes. After reviewing the search warrant, FEIDT pressed his thumb on the iPad and the iPad was unlocked.

16.    The interviewing Agents reviewed the iPad, an Apple iPad (9th Generation), model number A2602, serial number Q76XFLWQH7, with a name of "Theron Feidt's iPad (2)" and further settings information with an account displaying name, "Theron Feidt". The interviewing Agents browsed to the Files section and observed a multitude of what appeared to be .zip files in the "Recents" section. The interviewing Agents pressed on one of the .zip files to access it and were brought to a Zip Extractor application on the iPad. The Zip Extractor application had a large number of .zip files that contained hundreds of items each. The interviewing Agents reviewed one video file, approximately 33 minutes in length, titled "Mom and Daughter Corine Danielle Motley.mkv." The video depicted an adult woman performing oral sex on the vagina on an approximately 4-year-old nude prepubescent female as well as inserting objects into the child's vagina. Further manual review of the Zip Extractor applications displayed dozens to hundreds of

8

images and videos, many of which appeared to be child pornography.

## **CONCLUSION**

17.     Based on the aforementioned facts, there is probable cause to believe FEIDT has

committed the Subject Offense.


ATTESTED TO BY THE APPLICANT IN ACCORDANCE WITH THE REQUIREMENTS OF RULE 4.1 OF THE FEDERAL RULES OF CRIMINAL PROCEDURE.

Martin Baranski
FBI Special Agent


I, the Honorable Miroslav Lovric United States Magistrate Judge, hereby acknowledge that this affidavit was attested to by the affiant by videoconference on August  10 , 2026 in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

Hon. Miroslav Lovric
United States Magistrate Judge

9